UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FREEDOM OF THE PRESS FOUNDATION,
                Plaintiff(s),

     -against-
DEPARTMENT OF JUSTICE,
                Defendant(s).
--------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

17 civ 9343 (JGK)

To All Parties,

     You are directed to appear for a pretrial conference, to be held on **Monday, March 12, 2018,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

     For any further information, please contact the Court at (212) 805-0107.

                                                            Don Fletcher
                                                     Courtroom Case Manager

Dated: New York, New York
         January 5, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2018