UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEDOM OF THE PRESS FOUNDATION ET AL.,

          PLAINTIFFS,

- AGAINST -

DEPARTMENT OF JUSTICE ET AL.,

          DEFENDANTS.

17-cv-9343 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the conference on **March 12, 2018,** the parties should submit a stipulation with respect to the progress in this case by **March 21, 2018.**

SO ORDERED.

Dated:    New York, New York
          March 12, 2018

                                      John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/12/18