

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 20, 2018

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freedom of the Press Foundation et al. v. Dep't of Justice et al.*,
               No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

      Pursuant to Paragraph 3 of the Stipulation and Order Regarding Document Searches and Processing (the "Stipulation"), ECF No. 26, I write respectfully on behalf of the parties in the above-referenced case to present their agreed-upon schedule for the agencies to process the records responsive to plaintiffs' requests under the Freedom of Information Act.

      The parties have agreed on the following schedule and respectfully request the Court to order it:

- The Central Intelligence Agency and Office of the Director of National Intelligence will complete processing and production of nonexempt responsive records by **July 31, 2018**
- The Department of Justice's Office of Legal Counsel, Office of Information Policy, and National Security Division will complete processing and production of nonexempt unclassified responsive records by **July 31, 2018**, and of classified responsive records by **August 31, 2018**
- The National Security Agency will complete processing and production of nonexempt responsive records by **September 21, 2018**, and will make an interim production of nonexempt records on **August 24, 2018**
- The Federal Bureau of Investigation will process 500 pages per month and will produce nonexempt records therefrom beginning **August 31, 2018**, and will complete processing and production by **October 31, 2018**
- The Department of Justice's Criminal Division (i) will, by **October 1, 2018**, process all request packages and a sample of fifteen inquiry packages (based on the parties' agreed sampling parameters)[1] under the Department's Media

---

[1] The parties will meet and confer following the processing of this sample, or any subsequent motion practice, as to whether and to what extent the Criminal Division will process the remaining inquiry packages.

Guidelines, 28 C.F.R. § 50.10, and the Privacy Protection Act, 42 U.S.C. § 2000aa, and produce any nonexempt records therefrom, (ii) will produce a draft *Vaughn* index for these materials by **October 31, 2018**, and (iii) will process 500 pages per month of the remaining responsive records and produce any nonexempt records therefrom, for four months, from **October 31, 2018**, until **January 31, 2019**

Pursuant to Paragraph 4 of the Stipulation, the parties will submit a joint status report to the Court within 30 days of the conclusion of all of the agencies' productions, which will include a proposed schedule for further proceedings, if necessary. The parties will also inform the Court at that time if they would like to request a status conference to discuss any outstanding issues or disputes.

We thank the Court for its consideration of this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: \_\_\_s/Jean-David Barnea_____
JEAN-DAVID BARNEA
Assistant United States Attorney
Tel. (212) 637-2679
Fax (212) 637-2686

cc: Counsel for Plaintiffs
By ECF