**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 20, 2019

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

5/21/19.  John G. Koeltl, U.S.D.J.

Re: *Freedom of the Press Foundation et al. v. Dep't of Justice et al.*,
No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

Pursuant to Paragraph 4 of the Stipulation and Order Regarding Document Searches and Processing (the "Stipulation"), ECF No. 26, I write respectfully on behalf of the parties in the above-referenced case to provide a joint status report in this matter. The agencies have completed all of their productions, and plaintiffs have submitted a list of questions and requests regarding some of the redactions and withheld documents that will guide their decision as to what issues and withholdings they will challenge in this case. The agencies are currently in the process of responding to plaintiffs' questions, and expect to complete their responses by the end of June. The parties thus respectfully propose that they file a further status report on **Monday, July 8, 2019,** in which they will indicate whether plaintiffs' consideration of the agencies' responses is complete, and if so, propose a briefing schedule for the documents and issues to be litigated.

We thank the Court for its consideration of this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: ___s/Jean-David Barnea___
JEAN-DAVID BARNEA
Assistant United States Attorney
Tel. (212) 637-2679
Fax (212) 637-2686

cc: Counsel for Plaintiffs
By ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/22/19