**KNIGHT FIRST AMENDMENT INSTITUTE**
at Columbia University

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

7/9/19

July 8, 2019

**Via ECF**

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-10-19

Re: *Freedom of the Press Foundation et al. v. Dep't of Justice et al.*, No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

Pursuant to the Court's order on May 21, 2019, ECF No. 31, I write respectfully on behalf of the parties in the above-referenced case to provide a joint status report in this matter. By letter dated May 20, 2019, the parties informed the Court that the agencies had completed all of their productions. On June 27, 2019, however, the Department of Justice's Criminal Division informed Plaintiffs that it would re-review a PowerPoint presentation that it previously withheld in full "to determine whether any additional records can be released." In addition, today the Federal Bureau of Investigation ("FBI") informed Plaintiffs that it would provide a further response regarding its production. The FBI has promised to provide this response within two weeks.

The parties respectfully propose that the FBI provide its further response by **Monday, July 22, 2019**, that Plaintiffs identify the issues and withholdings they will challenge by **Wednesday, July 24, 2019**, and that the parties file a further joint status report by **Wednesday, August 7, 2019**, in which they will propose to the Court a briefing schedule for the documents and issues to be litigated.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ Alex Abdo

475 Riverside Drive, Suite 302, New York, NY 10115 | (646) 745-8500 | knightcolumbia.org

        Alex Abdo (AA-0527)
        Knight First Amendment Institute at
         Columbia University
        475 Riverside Drive, Suite 302
        New York, NY 10115
        alex.abdo@knightcolumbia.org
        (646) 745-8500

*Counsel for Plaintiffs*

cc:   Counsel for Defendants