**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 16, 2019

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/18/19

Re: *Freedom of the Press Foundation et al. v. Dep't of Justice et al.*,
No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

Pursuant to the Court's order of August 21, 2019, ECF No. 36, I write respectfully on behalf of the parties in the above-referenced case to provide a joint status report in this matter. As discussed in the parties' previous submissions to the Court, the agencies have completed all of their productions, and have been responding to Plaintiffs' questions regarding those productions. Specifically, the U.S. Department of Justice's Criminal Division provided a response to certain outstanding questions on October 2, and will supplement its response by the end of the month. Given the outstanding response, the parties need more time to decide what issues will be addressed in their upcoming motion practice, and respectfully propose that they file a further status report by **November 7, 2019**, in which they will propose a briefing schedule.

We thank the Court for its consideration of this matter.

Respectfully,

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl, U.S.D.J.
10/17/19

GEOFFREY S. BERMAN
United States Attorney

By: _s/Jean-David Barnea_
JEAN-DAVID BARNEA
Assistant United States Attorney
Tel. (212) 637-2679
Fax (212) 637-2686

cc: Counsel for Plaintiffs
By ECF