

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

November 7, 2019

BY ECF

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Freedom of the Press Found., et al. v. Dep't of Justice, et al.*,
             No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

      Pursuant to the Court's order filed October 18, 2019, ECF No. 40, I write respectfully on behalf of the parties in the above-referenced matter to provide a joint status report.

      In their October 16, 2019 status report, ECF No. 39, the parties proposed that they file a status report proposing a briefing schedule by today, November 7, 2019. The parties have continued to engage in discussions about the scope of the challenges to be addressed in their upcoming motion practice, and Plaintiffs have provided the government with their list of challenges. The U.S. Department of Justice's Criminal Division has informed Plaintiffs that it needs additional time to consider its withholdings in light of Plaintiffs' challenges.

      Given this, the parties respectfully propose that they file a further status report by **November 18, 2019**, in which they will propose a briefing schedule. The parties have previously requested two extensions of time to propose a briefing schedule, which the Court has granted.

                                                                     Respectfully,

                                                                     s/ *Anna Diakun*
                                                                     Anna Diakun
                                                                     Knight First Amendment Institute at
                                                                        Columbia University
                                                                     475 Riverside Drive, Suite 302
                                                                     New York, NY 10115

2

        anna.diakun@knightcolumbia.org
        (646) 745-8500

        *Counsel for Plaintiffs*

cc:    Counsel for Defendants