# EXHIBIT 1

# NEWS MEDIA POLICY
## 28 C.F.R. 50.10
## USAM 9-13.400

February 2018

CONFIDENTIAL

# Policy Overview: Principles (cont.)

- Policy not intended to protect MONM who are the subjects or targets of criminal investigations for conduct unrelated to newsgathering activities.

- Policy does not create any enforceable rights or privileges.

- Policy outlines the process and considerations regarding using certain law enforcement tools to obtain information from, or records of, members of the news media; and regarding questioning, arresting, or charging members of the news media.

- Failure to comply with policy may constitute grounds for reprimand or other discipline.