# EXHIBIT 2

# News Media Policy Consultation
USAM 9-13.400
28 C.F.R. § 50.10

Policy and Statutory Enforcement Unit
Office of Enforcement Operations
Criminal Division
U.S. Department of Justice
E-mail: PSEU@usdoj.gov
Phone: (202) 305-4023

Date of submission: _____

Date response requested (allow at least two weeks): _____

Last updated: 7/2016

AUSA/Contact Name: _____   Phone: _____
District: SELECT DISTRICT OR DOJ CRM SECTION   Email: _____

Please indicate if this matter concerns:   ☐ OCDETF   or   ☐ Forfeiture

Prior submission(s) to PSEU or to the Criminal Division on the same matter/investigation/case (if any).
*(box will expand to fit text)*

_____

The following information is needed in order for PSEU to draft a recommendation memorandum.

Please provide a detailed memorandum containing the following:

- A summary of the facts of the investigation or prosecution as they relate to your consultation.

- A description of your proposed course of action (e.g., subpoena, question journalist, search warrant, etc.) with a comprehensive analysis of how this course of action will comply with 28 C.F.R. § 50.10, including citations to the relevant subsections of 50.10 and discussion of whether the member of the news media is a subject or target.

- If requesting a consultation as to whether an individual or entity is a member of the news media, provide relevant facts and analyze:


(b)(5)

- If your consultation involves any websites, please state whether PSEU may view the websites from a DOJ IP address.

**\* Attach the memorandum and any supplemental documentation (e.g., screenshots) to your email.**

Submit by E-mail          Print Form