

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
info@knightcolumbia.org

April 17, 2020

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Freedom of the Press Found., et al. v. Dep't of Justice, et al.*, No. 17 Civ. 9343 (JGK)

Dear Judge Koeltl:

  I write on behalf of Plaintiffs the Freedom of the Press Foundation and the Knight First Amendment Institute at Columbia University. Pursuant to this Court's Individual Practice 2(G), Plaintiffs respectfully request oral argument on the parties' cross-motions for summary judgment.

           Respectfully,

            s/ Anna Diakun
           Anna Diakun (AD-0327)
           Leena Charlton (5622147)
           Alex Abdo (AA-0527)
           Knight First Amendment Institute
            at Columbia University
           475 Riverside Drive, Suite 302
           New York, NY 10115
           (646) 745-8500
           anna.diakun@knightcolumbia.org