UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEDOM OF THE PRESS FOUNDATION and
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

        Plaintiffs,

- against -

DEPARTMENT OF JUSTICE, NATIONAL
SECURITY AGENCY, CENTRAL
INTELLIGENCE AGENCY, and OFFICE OF
THE DIRECTOR OF NATIONAL
INTELLIGENCE

        Defendants.

17-cv-9343 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, the government shall submit, by **Wednesday, September 30**, a sworn declaration from Mr. Seidel stating, with respect to the records described in paragraph 19 of his prior declaration, ECF No. 47, that if such responsive records existed, they would have been known to the subject matter expert and others consulted. If the plaintiffs wish to reply, such reply must be submitted the following day.

SO ORDERED.

Dated:    New York, New York
           September 28, 2020

                                    John G. Koeltl
                            **United States District Judge**