UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREEDOM OF THE PRESS FOUNDATION and
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITYM

                           Plaintiffs,                      17 **CIVIL** 9343 (JGK)

        -against-                           **JUDGMENT**

DEPARTMENT OF JUSTICE, NATIONAL
SECURITY AGENCY, CENTRAL
INTELLIGENCE AGENCY, and OFFICE OF
THE DIRECTOR OF NATIONAL
INTELLIGENCE,
                       Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 9, 2020, the Court has considered all the arguments of the parties. To the extent not specifically discussed, the arguments of the parties are either moot or without merit. The plaintiff's motion for summary judgment with respect to the DOJ-CRIM's disputed redactions of documents under Exemption 5 is granted, but denied in all other respects. The Government's motion for summary judgment is denied with respect to the DOJ-CRIM's disputed redactions under Exemption 5, but granted in all other respects; accordingly, the case is closed.

**Dated:** New York, New York
         October 13, 2020

                                                       **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                  **BY:**
                                                           **Deputy Clerk**